JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EVANGELINA CASTRO, ) | Case No. EDCV 09-1966-MLG |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: May 19, 2010

　　　　　　　　　　　　　　　*MARC L. GOLDMAN*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MARC L. GOLDMAN
　　　　　　　　　　　　　　　United States Magistrate Judge