1 LAW OFFICES OF BILL LATOUR
2 BILL LATOUR [CSBN: 169758]
    11332 Mountain View Ave., Suite C
3     Loma Linda, California 92354
4     Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
5     E-Mail: Bill.latour@verizon.net
6
7 Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EVANGELINE CASTRO, | No. EDCV 09-1966 MLG |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS and 00/cents ($4,400.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: July 23, 2010     _____
    HON. MARC L. GOLDMAN
    UNITED STATES MAGISTRATE JUDGE